## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, **Ivys Rosado-Diaz**, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so since May of 2015. I am a graduate of the Federal Law Enforcement Training Center, and the ATF National Academy in Glynco, GA. Prior to my employment with ATF, I was a Robbery Criminal Investigator for the Police of Puerto Rico, assigned to the ATF Task Force for approximately two years and six months. In total, I have approximately twenty (20) years of law enforcement experience, twelve as a Puerto Rico Police Agent and nine (9) as an ATF Special Agent. I have received training in crime scene investigations, and the identification and management of evidence. I have a bachelor's degree and a master's degree in criminal justice. I also have a Ph.D. in Public Service Leadership from Capella University in Minneapolis, MN.

2. Your affiant is an "an investigative or law enforcement officer of the United States" within the meaning of Section 2510 (7) of Title 18, United States Code. Your affiant is, therefore, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Section 2516 of Title 18, United States Code.

3. During my employment with the ATF, I have participated in weapons and narcotics investigations along with senior experienced SA's and Task Force Agents (TFAs). These investigations involved the unlawful possession of firearms, as well as importation, exportation, manufacture, possession with intent to distribute and distribution of narcotics (including cocaine, heroin, and crack cocaine, among other narcotics), and conspiracies associated with narcotic offenses. I also have vast experience in violent crime investigations, including homicides, robberies, home invasions, and carjackings.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

1

**FACTS IN SUPPORT OF PROBABLE CAUSE**

5. On September 22, 2025, Puerto Rico Police Bureau (PRPB) Agents assigned to the Metropolitan Narcotics Division received information from PRPB confidential informant 24-D-7-1384, who informed of a male subject that is engaged in illegal drug trafficking in the area of Carolina. The informant described him as "trigueño", with black hair and beard, and stated that the subject goes by the alias of BAMBAM. The informant further stated that BAMBAM lived on 2nd street, residence K-4 in Estancias Del Parque in Carolina, Puerto Rico. According to the informant, BAMBAM carries a firearm and residents in the area are in fear.

6. On September 25, 2025, PRPB Agents conducted surveillance at the abovementioned residence. After several minutes in the area, PRPB Agents observed a male subject "trigueño", with black hair, beard and tattoos exiting the residence K-4. During the surveillance, PRPB Agents observed the subject carrying a black firearm with an extended magazine in his left pocket.

7. On October 2, 2025, at approximately 5:30am, Puerto Rico Police Bureau (PRPB) Agents assigned to the Metropolitan Narcotics Division executed a State Search Warrant at Urbanizacion Estancias Del Parque, residence K4, 2nd Street, Carolina, Puerto Rico. The search warrant was granted on October 1, 2025, by Judge Beatriz Varela-Rios in Carolina, Puerto Rico

8. PRPB Agents arrived at the above-mentioned address, where they announced their presence as law enforcement. After no response, Agents breached the door and gained entry to the residence, encountering a male subject in the area of the kitchen. This person was later identified as Julio Ivan **CORREA-CASADO AKA BAMBAM**. Agents informed of a female subject was also in the residence, later identified as Keichla Santiago-De Leon, and her 2 minor children. PRPB Agents detained **CORREA-CASADO** and began executing the search warrant:

9. During the execution of the search warrant, PRPB Agents recovered the following:
    a. One (1) Glock pistol, model 23, .40-caliber, serial number BVAS231, loaded with 13-rounds of .40-caliber ammunition, with an automatic conversion device installed "CHIP". The firearm was inside a brown satchel bag with red and green strap.

2

 

      b. One (1) Glock pistol magazine, .40-caliber, 22-round capacity, loaded with 12-rounds of .40-caliber ammunition

      c. Two (2) Shield Arms pistol magazines, 9mm caliber, 15-round capacity.

10. PRPB Agents stated that **CORREA-CASADO** claimed ownership of the items seized at his residence.

11. On October 2, 2025, ATF Agents responded to assist PRPB with the investigation. ATF Agents interviewed **CORREA-CASADO**. Miranda Warnings were administered, via recitation of ATF Form 3200.4 Advice of Rights and Waiver (in Spanish). **CORREA-CASADO** agreed to speak to ATF Agents without the presence of legal counsel.

12. **CORREA-CASADO** provided biographical information, confirmed he goes by the alias of BAMBAM. **CORREA-CASADO** admitted to ATF Agents that approximately one year ago, he illegally occupied residence he was living in (K4, 2nd street Estancias Del Parque, Carolina). **CORREA-CASADO** also stated that he lives in that residence illegally with his consensual partner and her young children. **CORREA-CASADO** explained that the residence belongs to the bank, and it had been empty for many years. **CORREA-CASADO** stated that approximately a year ago, when he came to Puerto Rico from the United States, the residence was sealed off with wooden panels and had a no trespassing sing. **CORREA-CASADO** decided to "rescue it" and was attempting to own it. However, **CORREA-CASADO** admitted he does not own the residence and that he invaded the property.

13. When ATF Agents inquired **CORREA-CASADO** about the firearm, **CORREA-CASADO** invoked his right to speak to an Attorney. At this point, no further questions were asked.

14. ATF Agents also interviewed **CORREA-CASADO's** consensual partner Keichla Santiago-De Leon. Miranda Warnings were administered, via recitation of ATF Form 3200.4 Advice of Rights and Waiver (in Spanish). Santiago-De Leon agreed to speak to ATF Agents without the presence of legal counsel.

15. Santiago-De Leon corroborated that she lived at the residence subject to the search warrant with **CORREA-CASADO** and that they are illegally occupying the residence. Santiago-De Leon did not claim ownership of the firearm, ammunition seized, or the brown satchel bag with red and green strap where the firearm was found. Even though she did not claim ownership of the satchel bag, she admitted to seeing it in the house before.

16. ATF Agents examined the firearm previously described as a Glock pistol, model 23, .40-caliber, serial number BVAS231, and observed that it had a silver automatic conversion device installed, that protrudes from the slide, commonly known as a "CHIP". Based on my training, knowledge and experience with ATF, this device on the Glock was not installed by the manufacturer and was placed on the firearm with the sole purpose of illegally modifying it to fire fully automatic, meaning that it could expel more than one shot, without manual reloading, by a single function of the trigger. The chip can be readily observed by anyone who loads, unloads, charges, cleans, or disassembles the firearm because there is a high contrast between the chip and the slide of the firearm. A field functionality test conducted on the Glock pistol, serial number BVAS231, revealed that this firearm might be capable of firing fully automatic.

INTENTIONALLY LEFT BLANK

## CONCLUSION

17.     Based on the above facts, the undersigned affiant believes there is probable cause to charge **Julio Ivan CORREA-CASADO** with violations Title 18, <u>United States Code</u>, § 922(o) (Illegal Possession of a Machine Gun).

Affiant hereby declares that the foregoing is true and correct to the best of Affiant's knowledge pursuant to the investigation conducted in this matter.

Sworn in accordance with FRCP 4.1 at 4:57 p.m. on the  2nd  day of October of 2025.

Ivys J. Rosado-Diaz
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives (ATF)

Honorable Hector Ramos-Vega
United States Magistrate Judge
District of Puerto Rico

5